**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WAYNE HOUSE,<br>　　　Plaintiff(s),<br>v.<br>WAYNE USA CO. LTD., et al.,<br>　　　Defendant(s). | Case No.: 2:18-cv-02290-JCM-NJK<br><br>**Order**<br><br>[Docket No. 30] |

　　　Pending before the Court is a motion to extend the deadline for filing a discovery plan. Docket No. 30. Any response shall be filed by March 25, 2019, and any reply shall be filed by March 26, 2019.

　　　IT IS SO ORDERED.

　　　Dated: March 21, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge