UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WAYNE HOUSE,

      Plaintiff,

                **ORDER**
 v.              19-CV-2674 (WFK) (VMS)

WAYNE USA CO. LTD., *et al.*,

      Defendants.

-------------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

 On September 23, 2025, Chief Magistrate Judge Vera M. Scanlon issued a Report &
Recommendation ("R&R"), ECF No. 199, proposing the Court grant in part and deny in part two
motions in the above-captioned action: (1) Non-Parties Tony Hom ("Hom") and Qianqian Wu's
("Wu," together with Hom, "Non-Parties") Motion to Quash Non-Party Subpoenas at ECF No.
191; and (2) Plaintiff's Cross-Motion to Compel Non-Parties to Comply with the Validly Issued
and Served Subpoenas at ECF No. 195. The parties did not file any objections to the R&R,
which were due by Tuesday, October 7, 2025. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P.
72(b)(2).

 The Court reviews an R&R for clear error when no objections have been filed. *See
Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). Finding no such
error here, the Court adopts the R&R in its entirety.

 Non-Parties' motion to quash the subpoenas issued on Wu is DENIED without prejudice,
and Plaintiff's cross-motion to compel compliance with the subpoenas issued on Wu is also
DENIED without prejudice. Non-Parties' motion to quash the subpoena *duces tecum* served
upon Hom is DENIED, and Plaintiff's cross-motion to compel compliance with the subpoena

*duces tecum* is GRANTED in part. Non-Parties' motion to quash the subpoena *ad testificandum* issued upon Hom is GRANTED without prejudice, and Plaintiff's cross-motion to compel compliance with the same subpoena is DENIED without prejudice.

The Court ORDERS Hom to provide any non-privileged documents responsive to Plaintiff's document requests and a categorical privilege log by Friday, March 27, 2026.

The Court further ORDERS the Plaintiff and Non-Parties to file a letter as to the status of the subpoenas issued upon Wu by Friday, March 27, 2026.

The Court further ORDERS Plaintiff and the Non-Parties to meet and confer within thirty (30) days of Plaintiff receiving Hom's document productions as to whether there are any outstanding issues regarding Hom's document productions or any information Plaintiff seeks, and what areas of inquiry, if any, Plaintiff still wishes to pursue in a deposition.

The Court further ORDERS Plaintiff and Non-Parties to file, within forty-five (45) days of Plaintiff receiving Hom's document productions, a joint status letter indicating any outstanding discovery issues and whether a deposition of Hom is still necessary, and if so, the areas of inquiry for this deposition.  Plaintiff is given leave to re-issue the subpoena *ad testificandum* upon Hom within thirty (30) days after filing the above joint status letter indicating whether a deposition is necessary.

**SO ORDERED.**

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: February 26, 2026
      Brooklyn, New York